DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GEORGE Z. BENIAMINOV** and **ARGMAN GROUP,**
Appellants,

v.

**NATALYZ KUZINA,**
Appellee.

No. 4D18-1815

[February 14, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael L. Gates, Judge; L.T. Case No. CACE16-021048-12.

Alexander E. Borell of Law Office of Alexander E. Borell, P.A., Miami Lakes, for appellants.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GROSS, KLINGENSMITH and KUNTZ, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***